- [About Us](#)
- [Contact Us](#)
- [Find Locations](#)
- [FAQ](#)
- [En Español](#)
- [Tiếng Việt](#)

[Search]



[Job Seekers & Employees](#)
- [Search for Jobs at WorkInTexas.com](#)
- [Apply for Unemployment Benefits & Request Payment](#)
- [Learn About Unemployment Benefits & Appeals](#)
- [View Unemployment News](#)
- [Learn About Vocational Rehabilitation Services](#)
- [Claim Unpaid Wages](#)
- [Plan Your Career](#)
- [Explore Training & Education](#)
- [Job Search Resources](#)
- [Just for Veterans](#)
- [Employee Rights & Laws](#)
- [Employment Support Resources](#)
- [Child Care Program](#)
- [Other resources from Labor Commissioner](#)
- [More for Job Seekers & Employees](#)

[People With Disabilities](#)
- [Texas HireAbility](#)
- [We Hire Ability](#)
- [Vocational Rehabilitation Business Relations](#)
- [Hire People with Disabilities](#)
- [Vocational Rehabilitation Services, including Blind Services (VR)](#)
- [Adults](#)
- [Youth and Students](#)
- [Criss Cole Rehabilitation Center](#)
- [Contact your Local VR Office](#)
- [VR Publications](#)
- [Appeal a VR Decision](#)
- [Rehabilitation Council of Texas](#)
- [Independent Living Services for Older Individuals who are Blind (OIB)](#)
- [VR and OIB Provider Resources](#)
- [Business Enterprises of Texas](#)
- [Purchasing from People with Disabilities](#)

[Businesses & Employers](#)
- [Register a New Unemployment Tax Account](#)
- [File & Pay Unemployment Taxes](#)
- [Learn About Unemployment Tax](#)
- [Start or Expand a Business In Texas](#)

CHAT WITH US
Click here to speak with our Virtual Assistant

- Post Jobs & Find Employees at WorkInTexas.com
- Respond to a Wage Claim
- Manage Unemployment Claims & Appeals
- Recruiting & Hiring Resources
- Preventing & Managing Layoffs
- Train Your Workforce
- Employment Law
- Labor Market Information
- For Small Businesses
- Vocational Rehabilitation Business Relations
- Texas Internship Challenge
- Other resources from Employer Commissioner
- More for Businesses & Employers

Community & Workforce Partners
- Economic Development
- Training Providers' Resources
- Career Schools & Colleges Resources
- Vocational Rehabilitation Providers' Resources
- Workforce Development Boards
- Civil Rights & Discrimination
- Programs for People with Disabilities
- Adult Education
- More for Community & Workforce Partners

Students, Parents & Educators
- Career & Education Planning Resources
- Adult Education
- Career Awareness
- Training Opportunities
- Child Care Program
- Vocational Rehabilitation for Youth & Students Page
- Texas Internship Challenge
- More for Students, Parents & Educators

TWC Agency Information
- Program & Service Overviews
- Laws, Rules & Policy
- Reports, Plans & Publications
- TWC Financial & Grant Information
- Doing Business with Texas Workforce
- Councils & Advisory Committees
- About Texas Workforce Page
- TWC Contact Information
- Open Records Requests page
- Report Fraud to TWC
- More for TWC Agency Information

Employers | Job Seekers | Child Care

Report ID Theft | How to Complete Work Search Requirements | Report Vaccine Job Loss

Hiring Events: Mar 16: Victoria | Apr. 6: Victoria | Apr. 27: Victoria | May 18: Victoria | Jun 8: Victoria | Jun 29: Victoria | More Job Fairs

- Home
- News

CHAT WITH US
Click here to speak with our Virtual Assistant

# TWC Investigating Potential Fraud Cases

Date: August, 14, 2020

Media Contact: Cisco Gamez
Phone: 512-463-8556

Agency Reminds the public to keep personal information secure

AUSTIN –The Texas Workforce Commission (TWC) is working to address a potential fraud situation after the agency's investigators confirmed changes to claimant's accounts indicating suspicious activity. There has been no evidence of a breach in any TWC system. In most cases, bad actors appear to have obtained password or private information from the individuals in question through direct hacking or phishing. In such cases, UI claimants are usually innocent victims. This notification is intended to alert individuals whose personal information might have been acquired by an unauthorized person.   If TWC determines that your information has been potentially compromised we will contact you.  TWC is asking all UI claimants to be vigilant regarding their UI account and treat this account the same as they would their bank or credit card accounts. TWC encourages all UI claimants to regularly check their accounts to confirm the accuracy of their mailing address, email address, and bank account information.

 "To date, Texas has paid out over $21 billion in unemployment insurance claims, and we know that nefarious actors are targeting that money," said TWC Executive Director Ed Serna. "TWC proactively audits unemployment insurance accounts for evidence of fraud and we immediately lock any accounts when we confirm fraudulent activity.  All fraud is a betrayal of the taxpayers and a shameless exploitation of the suffering of others for the fraudster's personal gain and we take aggressive steps to identify it, prevent it and stop it."

An agency-initiated audit identified several types of fraudulent activity, including instances where a claim was established under someone else's name using their identity obtained outside of TWC. Other instances include where a claimant's banking/routing information was changed after their account was established. Another scheme involves persons filing claims for a chain business, but putting down the wrong location or one which has been closed. TWC procedures to verify employment are designed to uncover these cases.  TWC proactively works with federal partners and is also following trends in other states to identify novel attacks, as well as best practices for identifying fraud.

In addition to audits, TWC has become aware of the fraudulent activity through reports of individuals or businesses receiving correspondence from TWC when no claim has been filed and the individuals are employed.  The agency encourages anyone who suspects potential fraudulent activity involving UI accounts to report it through the TWC UI fraud submission portal found on the TWC homepage.  If you encounter difficulties with the portal, please email TWC.fraud@twc.texas.gov or leave a message at the TWC Fraud Hotline at 800-252-3642.

 ###mmh

The Texas Workforce Commission is a state agency dedicated to helping Texas employers, workers and communities prosper economically. For details on TWC and the services it offers i CHAT WITH US
Click here to speak with our Virtual Assistant

network of local workforce development boards, call 512-463-8942 or visit www.texasworkforce.org. To receive notifications about TWC programs and services subscribe to our email updates.

Return to Top

Last Verified: August 14, 2020

Equal Opportunity Employer/Program
Auxiliary aids and services are available upon request to individuals with disabilities.
Deaf, hard-of-hearing or speech-impaired customers may contact TWC through the relay service provider of their choice. Equal opportunity is the law.

For questions, compliments or complaints, call 800-628-5115

Texas Workforce Commission Values: Community, Responsibility, Innovation, Accountability, Commitment to Excellence and Partnership.

©2011 Texas Workforce Commission  Sitemap  Policies  Open Records  Report fraud: 800-252-3642

CHAT WITH US
Click here to speak with our Virtual Assistant