

1206 E. Van Buren Street
Brownsville, TX 78520
Phone: 956-982-5540
Toll Free: 888-988-9996
Fax: 956-541-1410
www.trla.org

May 28, 2021

Submitted to open.records@twc.state.tx.us

Texas Workforce Commission
101 E 15th Street, Room 266
Austin, TX 78778

**Re: Public Information Request**

Dear Public Information Officer:

    Texas RioGrande Legal Aid requests documents, listed below, pursuant to the Texas Public Information Act. This is a request under the Texas Public Information Act, chapter 552 of the Government Code as well as Article I, § 8 of the Texas Constitution, the First Amendment to the United States Constitution, the common law of the State of Texas and any statute providing for public access to government information.

    Texas RioGrande Legal Aid is a non-profit legal services agency that provides legal services to low-income Texans at no charge. The requested information will benefit not only our low-income clients but also the general public because the TWC maintains the requested records, in part, to protect Texas workers such as our clients. The information sought benefits the general public because it relates to the TWC's performance in the implementation and administration of state and federal unemployment benefits programs for all Texans. For this reason, we request that fees be reduced or waived pursuant to Texas Government Code § 552.267(a). If your office decides that fees cannot be waived, please contact me before proceeding, if charges are estimated to exceed $100.

    We request that documents containing the following information be provided to us:

1. Any agreement entered into under 15 U.S.C. § 9023(a) between the State of Texas and the U.S. Department of Labor ("USDOL").

2. The total monetary value of overpayments of unemployment benefits which were waived by the Texas Workforce Commission ("TWC"), by month, since March 13, 2020.

3. All policies and procedures of the TWC regarding how claimants may request a waiver of an overpayment of unemployment benefits paid.

4. All policies and procedures governing determinations made under 40 TAC 815.12(b).

5. The total number of determinations issued by the TWC regarding waiver under 40 TAC 815.12(b).

Letter to TWC
May 27, 2021
Page **2** of **3**

6. The total number of determinations issued by the TWC under 40 TAC 815.12(b) in which waivers were granted.

7. The total number of determinations issued by the TWC under 40 TAC 815.12(b) in which waivers were denied.

8. The total number of appeals filed by claimants of TWC decisions in which a waiver of overpayment was denied under 40 TAC 815.12(d).

9. All guidance to unemployment hearing officers in interpreting 40 TAC 815.12(e)-(f)

10. The total monetary amount of unemployment benefits the TWC paid each week from March 27, 2020, the effective date of CARES Act, to present, broken down by category (FPUC, PUA, UI, PEUC, waived first working week).

11. The total monetary amount of overpayments collected by the TWC each week beginning March 27, 2020, the effective date of the CARES Act.

12. The total number of people from whom overpayment was collected by the TWC each week beginning March 27, 2020, the effective date of the CARES Act.

13. The total number of notices of overpayments issued to all claimants each week since March 27, 2020.

14. The total monetary amount of overpaid unemployment benefits recovered by the TWC in each week beginning March 27, 2020.

15. The total number of incoming calls to 800-939-6631 received by TWC per week since March 13, 2020.

16. The number of people assigned to answer incoming calls to 800-939-6631 per week since March 13, 2020.

17. The total number of incoming calls to 800-939-6631 answered by TWC per week since March 13, 2020.

18. The average call handle time of incoming calls to 800-939-6631 per week since March 13, 2020.

19. The average hold time of incoming calls to 800-939-6631 per week since March 13, 2020.

20. List of monetary disbursements from USDOL to the State of Texas by dollar amount for each of FPUC, PUA, and PEUC.



21. Average time between the date appeals were received by the TWC and the date scheduled for appeal hearings, every month, for appeals filed during that month.

22. Percentages of first payments issued within 14, 21, and 35 days, respectively, following the end of the first compensable week, by month since March 13, 2020. See 20 CFR 640.5.

23. The amount and date of each disbursement received from USDOL to be used toward TWC's infrastructure for unemployment benefits, and a summary description and date of expenditures made by TWC from such infrastructure funds.

24. Total number of determinations of ineligibility that were sent to unemployment applicants already receiving benefits at the time the determination was sent out, and that were not the result of an appeal.

You may e-mail the records to kyouker@trla.org to save expenses.

Should you have any questions, please do not hesitate to contact me at (956) 982-5542. Thank you for your consideration of this request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2021.

_____
Kathryn J. Youker
Attorney
Labor & Employment Practice Group Coordinator
Branch Manager
Texas RioGrande Legal Aid
1206 E Van Buren Street
Brownsville, TX 78520
Phone: (956) 982-5542
Email: kyouker@trla.org

