# David Mauch(VIC)

| | |
|---|---|
| **From:** | Kathryn Youker(BRO) |
| **Sent:** | Tuesday, June 15, 2021 5:30 PM |
| **To:** | Sidonia Mitchell(Mercedes); Elizabeth Leiserson(SMLS); Douglas Stevick (MER); Melissa Jacobs(AUS); David Mauch(VIC) |
| **Subject:** | FW: [External Email] [Records Center] Public Information Request :: R006442-060221 |

**From:** TWC Open Records <twc@govqa.us>
**Sent:** Tuesday, June 15, 2021 5:20 PM
**To:** Kathryn Youker(BRO) <KYOUKER@trla.org>
**Cc:** donna.lowe@twc.state.tx.us; nick.lealos@twc.state.tx.us; robert.jones2@twc.state.tx.us; connie.garza@twc.state.tx.us
**Subject:** [External Email] [Records Center] Public Information Request :: R006442-060221

--- Please respond above this line ---



Dear Ms. Yourker,

Thank you for your request for information, which we have assigned R006442-060221. We have included certain information you have requested below. We anticipate providing you with additional information and any required cost estimate by Friday, June 18, 2021. Please see the information below in response to specific portions of your request.

3.     All policies and procedures of the TWC regarding how claimants may request a waiver of an overpayment of unemployment benefits paid.

 The claimant does not have to request a waiver of the CARES Act overpayments. Per 40 TAC 815.12(b), "When a decision of the Agency or Commission results in a federal extended unemployment compensation overpayment, the Agency or Commission will also determine whether the overpayment will be waived."

5.     The total number of determinations issued by the TWC regarding waiver under 40 TAC 815.12(b).

As of 06-06-21: **254,144**

6. The total number of determinations issued by the TWC under 40 TAC 815.12(b) in which waivers were granted.

As of 06-06-21: **20,905**

7. The total number of determinations issued by the TWC under 40 TAC 815.12(b) in which waivers were denied.

As of 06-06-21: **233,239**

8. The total number of appeals filed by claimants of TWC decisions in which a waiver of overpayment was denied under 40 TAC 815.12(d).

As of 06-09-21: **2174**

21. Average time between the date appeals were received by the TWC and the date scheduled for appeal hearings, every month, for appeals filed during that month.

| RCVD IN MONTH | AVG DAYS TO HRG |
|---|---|
| 2020-03 | 37 |
| 2020-04 | 78 |
| 2020-05 | 139 |
| 2020-06 | 168 |
| 2020-07 | 186 |
| 2020-08 | 166 |
| 2020-09 | 153 |
| 2020-10 | 151 |
| 2020-11 | 136 |
| 2020-12 | 117 |
| 2021-01 | 73 |
| 2021-02 | 60 |
| 2021-03 | 44 |
| 2021-04 | 32 |
| 2021-05 | 29 |

As stated above, we will be in touch concerning the remaining information and any cost estimate by Friday, June 18, 2021. Thank you for your patience.

Sincerely,

Connie Garza

OGC-Open Records

To monitor the progress or update this request please log into the Open Records Center



---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.