IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Texas Association for the Rights of the Unemployed, Kathryn Kawazoe, Stephanie Stout, Kimberly Hartman, Charles Harmon, and Jesus Duarte,<br><br>*Plaintiffs*,<br><br>v.<br><br>Ed Serna, Executive Director, Texas Workforce Commission, in his official capacity<br><br>*Defendant.* | Civil Action No. 1:22-cv-00417 |

**NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party  Defendant Ed Serna,

through counsel  Joseph D. Keeney,

  X   consents to have this case referred to a United States Magistrate Judge.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant
Attorney General

SHAWN COWLES

Deputy Attorney General
for Civil Litigation

ALISON ANDREWS
Chief, Tax Litigation Division

*s/ Joseph D. Keeney*
JOSEPH D. KEENEY
Assistant Attorney General
Tax Litigation Division
State Bar No. 24092616
P. O. Box 12548
Austin, Texas 78711-2548
512-463-8897
512-478-4013 Fax
joseph.keeney@oag.texas.gov

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I do hereby certify that on August 10, 2022, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" to the following attorneys of record, who consented in writing to accept this Notice as service of this document by electronic means:

Dave Mauch
Texas Rio Grande Legal Aid
121 S. Main St
Suite 100
Victoria, TX 77901 6
361-237-1681
Fax: 361-576-1733
dmauch@trla.org

Elizabeth T. Leiserson
Southern Migrant Legal Services
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
15-538-0725
Fax: 615-538-0678
eleiserson@trla.org

Douglas L. Stevick
Texas Rio Grande Legal Aid, Inc.
5439 Lindenwood Ave.
St. Louis, MO 63109
956-582-5557
Fax: 956-825-7035

Erin Sidonia Mitchell
Texas Rio Grande Legal Aid, Inc.
300 S. Texas Blvd
Weslaco, TX 78596
956-447-4800
956-825-7035

dstevick@trla.org

smitchell@trla.org

Melissa Anne Jacobs
Texas Rio Grande Legal Aid, Inc.
4920 N IH 35
Austin, TX 78751
512-374-2789
Fax: 512-447-3940
mjacobs@trla.org

                                 *s/ Joseph D. Keeney*
                                 JOSEPH D. KEENEY
                                 Assistant Attorney General