UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Texas Association for the Rights of the Unemployed, Kathryn Kawazoe, Stephanie Stout, Kimberly Hartman, Charles Harmon, and Jesus Duarte, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:22-cv-00417 |
| | § § § § | |
| v. | § § | |
| Ed Serna, Executive Director, Texas Workforce Commission, in his official capacity, | § § § § | |
| Defendant. | § § § | |

**Joint Alternative Dispute Resolution Report**

Pursuant to Paragraph 1 of this Court's Scheduling Order, Plaintiffs and Defendants submit the following report on alternative dispute resolution:

1.  Status of Settlement Negotiations: Plaintiffs and Defendants have not reached a settlement at this time. Pursuant to this Court's Scheduling Order, Plaintiffs sent a written settlement offer to Defendants on August 31, 2022. Also pursuant to this Court's Scheduling Order, Defendants shall respond by September 30, 2022.

2.  Identity of the Person Responsible for Settlement Negotiations: Plaintiffs' Counsel David Mauch is responsible for settlement negotiations for the Plaintiffs. Defendants' Counsel Joseph Keeney is responsible for settlement negotiations for Defendants.

3. Whether Alternative Dispute Resolution is Appropriate in the Case: Counsel for the parties certify that their clients are aware of the alternative dispute resolution methods available in this district. At this time, Plaintiffs believe that mediation may be useful at a later stage of the case. Defendant does not believe this case is appropriate for alternative dispute resolution.

Respectfully Submitted,

**TEXAS RIOGRANDE LEGAL AID, INC.**

*/s/ David Mauch*
David Mauch
Texas Bar No. 24086837
121 S. Main St., Ste. 100
Victoria, TX 77901
Phone: (361)237-1681
Fax: (361)576-1633
dmauch@trla.org

Douglas L. Stevick
Texas Bar No. 00797498
301 S. Texas Ave.
Mercedes, TX 78570
Phone: (956) 982-5557
Fax: (956) 835-7035
dstevick@trla.org

Melissa A. Jacobs
Texas Bar No. 24046144
4920 N IH 35
Austin, Texas 78751
Phone/Fax: (512) 374-2789
mjacobs@trla.org

E. Sidonia Mitchell
Texas Bar No. 24125331
301 S. Texas Ave.
Mercedes, TX 78570
Telephone: (956) 447-4800
Fax: (956) 825-7035
Email: smitchell@trla.org

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DOFRMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

BRITTNEY JOHNSTON
Division Chief, Tax Litigation

*/s/Joseph D. Keeney*
JOSEPH D. KEENEY
Assistant Attorney General
State Bar Number 24092616
Tax Litigation Division MC 029
PO Box 12548
Austin, TX 78711-2548
Telephone: (512) 463-8897
Facsimile:  (512) 478-4013
Joseph.Keeney@oag.texas.gov

**ATTORNEYS FOR DEFENDANT ED SERNA**