# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Texas Association for the Rights of the Unemployed, Kathryn Kawazoe, Stephanie Stout, Kimberly Hartman, Charles Harmon, and Jesus Duarte, | § § § § § | |
| *Plaintiffs,* | § § | Civil Action No. 1:22-cv-00417 |
| v. | § § | |
| Ed Serna, Executive Director, Texas Workforce Commission, in his official capacity | § § § § | |
| *Defendant.* | § § | |

### Affidavit of Terri Warren

BEFORE ME, the undersigned authority, personally appeared Terri Warren, a person made known to me, who, being by me duly sworn, deposed as follows:

1. My name is Terri Warren, and I am a director in the Unemployment Insurance Administration and Operational Support Department of the Texas Workforce Commission ("TWC"). I am over the age of twenty-one (21), of sound mind and capable of making this affidavit, and have personal knowledge of each fact stated herein. Each fact stated in this affidavit is true and correct.

2. As part of my assigned responsibilities, I oversee the Unemployment Insurance Administration and Operational Support Department and all special federal programs such as Disaster Unemployment Assistance, Trade Readjustment Allowances, and all pandemic programs. I frequently assist staff with specific pandemic related corrections, and I was heavily involved in the programming of the pandemic programs.

3. I reviewed the claims and accounts of each of the named Plaintiffs, as well as Evelyn Carriere, and can attest that all outstanding claims and issues have been resolved, there are no overpayments associated with any of the accounts, and that all Plaintiffs received all eligible unemployment benefits under the law.

4. With respect to Kathryn Kawazoe's claim, her payment request was on hold because we needed to obtain additional information and clarification as to her reported earnings. On July 3, 2021, Ms. Kawazoe completed her unemployment benefits payment request, at which time she was notified via the confirmation screen that she needed to contact TWC to provide additional information to maintain her ongoing eligibility. TWC does not have

any record of Ms. Kawazoe contacting TWC as requested within the 7 days required by law. After becoming aware of this issue through this lawsuit, TWC was able to speak to Ms. Kawazoe, obtain the information needed, and resolve the issues. Ms. Kawazoe received $1,650.00 in benefits. Ms. Kawazoe's administrative appeal is moot because she received all PUA benefits to which she was entitled. (EXHIBIT F). No hearing is needed, and Ms. Kawazoe terminated her administrative appeal.

5.      With respect to Stephanie Stout's claim, a review of her account indicated that the issue was verification of identity. Ms. Stout "opted in" for electronic correspondence with TWC. Anytime there is any kind of correspondence from TWC to a claimant, the claimant receives via email, a notification of "delivered correspondence" related to their claim. On July 20, 2021 and July 21 2021, Ms. Stout was sent a notice via email with instructions to go to "ID.me" and complete her identity verification. Ms. Stout's correspondence inbox shows that she viewed these notifications on July 26, 2021 (EXHIBIT A). She did not complete the identity verification process which resulted in an overpayment of benefits. Had the claimant verified her identity her payments would have continued. When this issue was brought to the attention of TWC through this lawsuit, TWC left several messages with Ms. Stout before she finally contacted TWC to resolve the issue. TWC was finally able to verify Ms. Stout's identity, the overpayment associated with her account was cleared, and she was paid $6,874.00 in benefit payments. Ms. Stout's administrative appeal is moot because she received all unemployment benefits to which she was entitled. (EXHIBIT G). For the same reason, the complaint that TWC did not waive Ms. Stout's overpayment is moot. No hearing is needed, and Ms. Stout terminated her administrative appeal.

6.      As to Kimberly Hartman, a review of her claim showed that Ms. Hartman requested that her claim be backdated which was initially denied by TWC. Ms. Hartman filed an appeal to the denial and the Appeals Tribunal reversed the initial determination finding that her claim should be backdated. TWC staff took action to backdate her claim and generated paper payment requests for all the weeks she was eligible. Ms. Hartman also opted in for electronic correspondence. On March 15, 2021, TWC sent her 9 payment requests for regular benefits totaling an 18-week period (EXHIBIT B). Ms. Hartman's correspondence inbox shows that she opened the notices on April 21, 2021 (EXHIBIT C) but failed to respond to TWC, therefore was not paid for any potential eligible weeks. After notification of this lawsuit, TWC was able to talk to her to determine the relevant timeframe. TWC then processed those eligible weeks, and she received $18,285.00 in benefit payments. Ms. Hartman's administrative appeal is moot because she received all unemployment benefits to which she was entitled. (EXHIBIT H). No hearing is needed, and Ms. Hartman terminated her administrative appeal.

7.      As to Charles Harmon, a review of his claim showed that on June 7, 2020, Mr. Harmon began receiving Pandemic Emergency Unemployment Compensation (PEUC). On September 6, 2020, he exhausted his PEUC benefits and began receiving state extended benefits. These state extended benefits were exhausted on October 24, 2020. Mr. Harmon continued requesting payments through November 28, 2020 at which point he stopped requesting payment. On December 27, 2020, the Continuous Assistance for Unemployed Workers Act (CAUWA) was passed, extending PEUC benefits, which allowed eligible

claimants to backdate to that date. On January 15, 2021, TWC notified Mr. Harmon of this extension via email outlining the CAUWA provisions and instructions on how to reapply for the extended PEUC benefits. Mr. Harmon also opted in for electronic correspondence and TWC records show that he never opened this communication from TWC (EXHIBIT D). On August 6, 2021, Mr. Harmon contacted TWC to request that his PEUC claim be backdated. Mr. Harmon had intervening employment (February 10-May 24, 2021) during a portion of the time that he was requesting the backdating of his PEUC claim. When he filed this additional claim, TWC backdated the claim to May 23, 2021 when Mr. Harmon was no longer employed. However, Mr. Harmon requested that TWC backdate the claim to December 27, 2020. Mr. Harmon did not provide sufficient information for the TWC to deem his claim eligible to be backdated through December 2020. Mr. Harmon made no further payment requests. Mr. Harmon challenged TWC's decision through this lawsuit. TWC was able to speak to him after becoming aware of his issue and Mr. Harmon was then able to provide sufficient information to TWC to justify backdating the claim. Mr. Harmon's claim was backdated, and he received $4,506.000 in benefit payments. Mr. Harmon's administrative appeal is moot because he received all unemployment benefits to which he was entitled. No hearing is needed, and Mr. Harmon terminated his administrative appeal.

8.      As to Jesus Duarte, a review of his claim showed that he failed to verify his identity. Mr. Duarte was sent a notice with instructions to go to "ID.me" and complete his identity verification but he did not verify initially as instructed. On September 23, 2021, Mr. Duarte did complete the verification process through ID.me, and on October 13, 2021, TWC reversed the initial decision to initially deny his claim; this eliminated all overpayments previously reflected in his account. Mr. Duarte was paid all of his unemployment benefits, including Pandemic Emergency Unemployment Compensation (PEUC), Extended Benefits and Federal Pandemic Unemployment Compensation. Mr. Duarte received all the benefits for which he was legally entitled before this lawsuit was filed. Mr. Duarte's administrative appeal is moot because he received all unemployment benefits to which he was entitled. (EXHIBIT I). For the same reason, the complaint that TWC did not waive Mr. Duarte's overpayment is moot. No hearing is needed, and Mr. Duarte terminated his administrative appeal.

9.      As to Evelyn Carriere, a review of her claim showed that she failed to verify her identity. On September 1, 2021, Ms. Carriere was sent a notice with instructions to go to "ID.me" to complete her identity verification (EXHIBIT E). Two additional requests were sent the following two days, however her correspondence inbox shows that she did not open that communication until February 11, 2022,well after the filing of this lawsuit (EXHIBIT F). The failure to verify her identity as requested in September 2021 resulted in an overpayment for benefits paid, as well as additional qualifying weeks not being paid. Once this was brought to the attention of TWC through this lawsuit, TWC assisted Ms. Carriere in verifying her identity and she received $152.00 in benefit payments. Ms. Carriere's administrative appeal is moot because she received all unemployment benefits to which she was entitled. (EXHIBIT J). No hearing is needed, and Ms. Carriere terminated her administrative appeal.

10.    The issues in this case were not a result of any audit, as alleged in Plaintiff's complaint. TWC never audited Kawazoe, Stout, Hartman, Harmon, Duarte, or Carriere's accounts.

11.    As a result of the COVID-19 pandemic, TWC was overwhelmed by an incredibly high and unprecedented volume of unemployment benefit claims filed by individuals who lost their jobs because of pandemic-related business closures. Unemployment Insurance benefit claims filed with the agency increased from approximately 52,000 per month to as high as 1.5 million per month during the spring of 2020. Payments for continued requests by claimants for unemployment insurance claims reached 19,139,851 during the months of April, May and June 2020 alone. At the same time the TWC's workload was increasing dramatically as a result of the deluge of claims, TWC had to additionally work to implement an entirely new benefits program with unique criteria, protocols, and procedures. TWC was uniquely burdened during this once-in-a-lifetime, historic event.

12.    The COVID-19 pandemic also resulted in a historically and unprecedented number of calls to the TWC. As an example, during the months of April, May and June 2019, TWC answered 515,849 calls; that number more than tripled during the months of April, May and June 2020 for a total of 1,660,345.

13.    None of the plaintiffs are currently receiving unemployment benefits as of today's date.

Further affiant sayeth not."

Terri Warren

SUBSCRIBED and SWORN TO this 15th day of February, 2023 by Terri Warren.

Notary Public, State of Texas

Francisco J. Hernandez
Commission Expires: 3/25/2024

FRANCISCO J. HERNANDEZ
Notary Public, State of Texas
ID# 13243194-7
Comm. Exp. 03-25-2024
Notary without Bond

# Exhibit A

Stout Correspondence Inbox showing she opened the contact requests on July 26, 2021



### Unemployment Benefit Services

Terri Warren | My Profile | Logoff

| Claimants | Staff Admin |

**Quick Links**

- Claimant Search
- Claimant Profile
- Claim and Payment Status
- IRS Tax Information
- Payment Option
- Appeal List
- Correspondence Inbox
- Electronic Correspondence Opt Out
- Electronic Correspondence

## Correspondence Inbox

31–40 of 110

Prev 1 2 3 4 5 6 7 8 9 10 11-11 Next

| Date Mailed | Document Name | Date Opened | Action | Action | Link |
|---|---|---|---|---|---|
| Jul 21, 2021 | Information Request | Jul 26, 2021 | View PDF | View Accessible | |
| Jul 20, 2021 | Information Request | Jul 26, 2021 | View PDF | View Accessible | |
| Jun 11, 2021 | Instructions: Requesting Benefit Payments | Jun 14, 2021 | View PDF | View Accessible | |
| Jun 10, 2021 | **Work Search Log** | | View PDF | View Accessible | |
| Jun 10, 2021 | Statement of Wages and Potential Benefit Amounts | Jun 11, 2021 | View PDF | View Accessible | Wage Help |
| Jun 10, 2021 | **Unemployment Benefits Handbook** | | View PDF | View Accessible | |
| Jun 10, 2021 | Work Search Notification | Jun 11, 2021 | View PDF | View Accessible | |
| Jun 10, 2021 | Pell Grant Letter | Jul 27, 2021 | View PDF | View Accessible | |
| Jun 10, 2021 | **US Bank Information Sheet** | | View PDF | View Accessible | |
| Jun 10, 2021 | Benefits Information Packet-Work Search | Jun 11, 2021 | View PDF | View Accessible | |

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
101 E 15TH ST RM 570 MAIN
AUSTIN TX 78778-0001

**INFORMATION REQUEST**
Date Mailed:  July 20, 2021

STEPHANIE K STOUT
PO BOX 971211
EL PASO TX 79997

Social Security Number: XXX-XX-7753

**All dates are shown in month-day-year order.**

| **IMPORTANT** |
|:---:|

**TWC will make a decision about your claim, based on available information. PLEASE RESPOND AS SOON AS POSSIBLE** but no later than  07-27-21  .

* If you are claiming unemployment please Go to ID.me to verify your identity.
  https://hosted-pages.id.me/texas-twc-identity-proofing

* If you are not claiming unemployment benefits please report the fraudulent claim here:
  https://apps.twc.state.tx.us/UiFraudSubmission/uifs/uifraud

* You do not need to call. Go to ID.me to verify identity by the date listed below.

| **INSTRUCTIONS** |
|:---:|

Please Call:      BENEFIT P CONTROL 9

                  (512) 463-8322

**Please call as soon as possible but no later than**   3:00 PM  07-27-21        .

**PLEASE NOTE:**  TWC could delay or deny payment of unemployment benefits if you do not respond to this notice.

| | |
|---|---|
| Case No.: | 12 |
| Claim Id.: | 06-06-21 |
| Claim Date: | 06-06-21 |
| TWC Office Fax No.: | (512) 936-4329 |
| Hearing - Impaired clients dial 711 for Relay Texas | |

BD600E 05/22/12

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
101 E 15TH ST RM 570 MAIN
AUSTIN TX 78778-0001

**INFORMATION REQUEST**
**Date Mailed:** July 21, 2021


STEPHANIE K STOUT
PO BOX 971211
EL PASO TX 79997

Social Security Number: XXX-XX-7753

**All dates are shown in month-day-year order.**

| **IMPORTANT** |
| --- |

**TWC will make a decision about your claim, based on available information. PLEASE RESPOND AS SOON AS POSSIBLE** but no later than  07-28-21  .


* If you are claiming unemployment please Go to ID.me to verify your identity.
  https://hosted-pages.id.me/texas-twc-identity-proofing

* If you are not claiming unemployment benefits please report the fraudulent claim here:
  https://apps.twc.state.tx.us/UiFraudSubmission/uifs/uifraud

* You do not need to call. Go to ID.me to verify identity by the date listed below.

| **INSTRUCTIONS** |
| --- |

Please Call:        BENEFIT P CONTROL 9

                    (512) 463-8322

**Please call as soon as possible but no later than**  3:00 PM  07-28-21      .

**PLEASE NOTE:**  TWC could delay or deny payment of unemployment benefits if you do not respond to this notice.

| | |
| --- | --- |
| Case No.: | 13 |
| Claim Id.: | EXB002 |
| Claim Date: | 10-04-20 |
| TWC Office Fax No.: | (512) 936-4329 |
| Hearing - Impaired clients dial 711 for Relay Texas | |

BD600E 05/22/12

# Exhibit B

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 149346
AUSTIN TX 78714-9346

**PAYMENT REQUEST**
Date Mailed:      March 15, 2021

KIMBERLY A HARTMAN
12631 SUNNY WONDER
SAN ANTONIO TX 78253-5193
IIlllIlIllIlIllIlIIllllIlllIlllIIllIllIlllIllIIlIlI

All dates are shown in
month-day-year order.

**REGULAR  BENEFITS**
Social Security Number: XXX-XX-7665
MAIL THIS CLAIM FORM ON 07-13-20

| **IMPORTANT INFORMATION - PLEASE READ BEFORE COMPLETING FORM** |
|---|

Return the completed form to the TWC fax number below, or mail to the address in the upper-left corner. Answer all of the questions below. You must report the number of hours you worked and earnings before any deductions, such as taxes, are taken out. Report for the week you performed the work, not when the earnings were paid. Earnings include full-time, part-time or temporary work, contract labor, self-employment profits, or holiday pay (if you are on a temporary layoff). Cross out and initial any corrections.  Sign the form.  If you have questions, please call (800) 939-6631.

| **A BENEFIT WEEK IS SEVEN CALENDAR DAYS**<br>**BEGINNING ON <u>SUNDAY</u> AND ENDING ON <u>SATURDAY</u>.** | 06-28-20<br>through<br>07-04-20 | 07-05-20<br>through<br>07-11-20 |
|---|---|---|
| 1. Did you receive vacation or holiday pay from either a current job or a job from which you are on temporary layoff? | YES  NO | YES  NO |
| 2. Did you work during the two-week claim period? | YES  NO | YES  NO |
| 3. If you answered "YES" to either question 1 or 2, record your total gross earnings before deductions (NOT your net take-home pay) and answer questions 4 and 5. | $_____.00 | $_____.00 |
| 4. If you worked, please report the number of hours worked. | Hrs._____ | Hrs._____ |
| 5. If you worked or reported earnings, are you <u>still working</u> for this employer(s)? | YES  NO | YES  NO |
| 6. Did you turn down any job offer or job referral during the claim period? | YES  NO | YES  NO |
| 7. Were you able to work during the claim period? | YES  NO | YES  NO |
| 8. During the claim period, were you available to start full-time work? | YES  NO | YES  NO |
| 8A. If you received Social Security Disability Insurance during the claim period, were you available to start part-time work? | YES  NO | YES  NO |
| 9. Did you receive, or has there been a change in your receipt of income from any of the following sources?<br>a. Retirement Pension      b. Disability Pension      c. Workers' Compensation<br>d. Wages instead of advance notice of layoff or severance pay | YES  NO | YES  NO |
| 10. Did you attend school or training? | YES  NO | YES  NO |
| 10A. Did the school or training prevent you from accepting work? | YES  NO | YES  NO |
| 11. If you are not enrolled in school or training go directly to question 12.  If you are enrolled in school or training, have your days and hours changed since you last reported them? | YES  NO | YES  NO |
| 12. Please enter the total number of work search activities you did, enter 0 if you did not search for work. | Week 1 _____ | Week 2 _____ |
| 13. Are you a U.S. citizen? If not, are you legally authorized to work in the United States? | YES          NO | |
| 14. I certify this is my Social Security number and I am the person named on this claim for unemployment benefits, and the information I gave for these claim periods is true and complete. | YES          NO | |

Giving untrue information or withholding information on any unemployment claim may result in severe penalties including fines and/or imprisonment, and may also result in a loss of benefits. TWC routinely compares the amount of earnings you report on your payment request to the amount of earnings your employer reports having paid you. TWC also randomly verifies that you made the required number of valid work search activities.

**Signature** _____      **Date** _____

| Claim ID:        03-08-20 |
|---|
| Claim Date:     03-08-20 |
| TWC FAX No.:         (512) 322-2855 |
| **HEARING-IMPAIRED CLIENTS**<br>Dial 711 for Relay Texas. |

BP200E  07/25/11

## CHANGE OF ADDRESS/NAME

| INSTRUCTIONS |
|---|

To be eligible for unemployment benefits you must be registered to work. Update your work application when you move to another city within Texas by contacting your nearest Workforce Center or by using the Internet at www.texasworkforce.org.  if you move out of state, contact your nearest Workforce Center to register for work in that state.

Instructions: Complete Items 1 through 7 (Please Print Items 1 through 5)

**1. Your Name On Record**

| First | Middle | Last |
|---|---|---|

**2. Your New Name**

| First | Middle | Last |
|---|---|---|

**3. Social Security Number**

☐☐☐ — ☐☐ — ☐☐☐☐

**4. Old Address**

Mailing Address

City                    County

State                   Zip Code

Telephone No.: (      )

**5. New Address**

Mailing Address

City                    County

State                   Zip Code

Telephone No.: (      )

**6. Signature**_____   **7. Date**_____

You may receive, review, and correct information TWC collects about you by contacting TWC Open Records at 1-866-274-0940.

BP200F  09/10/09

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 149346
AUSTIN TX 78714-9346

**PAYMENT REQUEST**
Date Mailed:    March 15, 2021

KIMBERLY A HARTMAN
12631 SUNNY WONDER
SAN ANTONIO TX 78253-5193
IIlllllllIlllllllllIIllllllIllIIllllllllllllll

All dates are shown in
month-day-year order.

**REGULAR  BENEFITS**
Social Security Number: XXX-XX-7665
MAIL THIS CLAIM FORM ON 06-29-20

| **IMPORTANT INFORMATION – PLEASE READ BEFORE COMPLETING FORM** |
|---|

Return the completed form to the TWC fax number below, or mail to the address in the upper-left corner. Answer all of the questions below. You must report the number of hours you worked and earnings before any deductions, such as taxes, are taken out. Report for the week you performed the work, not when the earnings were paid. Earnings include full-time, part-time or temporary work, contract labor, self-employment profits, or holiday pay (if you are on a temporary layoff). Cross out and initial any corrections.  Sign the form.  If you have questions, please call (800) 939-6631.

| A BENEFIT WEEK IS SEVEN CALENDAR DAYS BEGINNING ON SUNDAY AND ENDING ON SATURDAY. | 06-14-20 through 06-20-20 | 06-21-20 through 06-27-20 |
|---|---|---|
| 1. Did you receive vacation or holiday pay from either a current job or a job from which you are on temporary layoff? | YES   NO | YES   NO |
| 2. Did you work during the two-week claim period? | YES   NO | YES   NO |
| 3. If you answered "YES" to either question 1 or 2, record your total gross earnings before deductions (NOT your net take-home pay) and answer questions 4 and 5. | $_____.00 | $_____.00 |
| 4. If you worked, please report the number of hours worked. | Hrs._____ | Hrs._____ |
| 5. If you worked or reported earnings, are you still working for this employer(s)? | YES   NO | YES   NO |
| 6. Did you turn down any job offer or job referral during the claim period? | YES   NO | YES   NO |
| 7. Were you able to work during the claim period? | YES   NO | YES   NO |
| 8. During the claim period, were you available to start full-time work? | YES   NO | YES   NO |
| 8A. If you received Social Security Disability Insurance during the claim period, were you available to start part-time work? | YES   NO | YES   NO |
| 9. Did you receive, or has there been a change in your receipt of income from any of the following sources? a. Retirement Pension       b. Disability Pension       c. Workers' Compensation d. Wages instead of advance notice of layoff or severance pay | YES   NO | YES   NO |
| 10. Did you attend school or training? | YES   NO | YES   NO |
| 10A. Did the school or training prevent you from accepting work? | YES   NO | YES   NO |
| 11. If you are not enrolled in school or training go directly to question 12.  If you are enrolled in school or training, have your days and hours changed since you last reported them? | YES   NO | YES   NO |
| 12. Please enter the total number of work search activities you did, enter 0 if you did not search for work. | Week 1 _____ | Week 2 _____ |
| 13. Are you a U.S. citizen? If not, are you legally authorized to work in the United States? | YES          NO | |
| 14. I certify this is my Social Security number and I am the person named on this claim for unemployment benefits, and the information I gave for these claim periods is true and complete. | YES          NO | |

Giving untrue information or withholding information on any unemployment claim may result in severe penalties including fines and/or imprisonment, and may also result in a loss of benefits. TWC routinely compares the amount of earnings you report on your payment request to the amount of earnings your employer reports having paid you. TWC also randomly verifies that you made the required number of valid work search activities.

**Signature** _____        **Date** _____

| Claim ID:        03-08-20 |
|---|
| Claim Date:      03-08-20 |
| TWC FAX No.:     (512) 322-2855 |
| HEARING-IMPAIRED CLIENTS Dial 711 for Relay Texas. |

BP200E   07/25/11

## CHANGE OF ADDRESS/NAME

| INSTRUCTIONS |
|---|

To be eligible for unemployment benefits you must be registered to work. Update your work application when you move to another city within Texas by contacting your nearest Workforce Center or by using the Internet at www.texasworkforce.org.  if you move out of state, contact your nearest Workforce Center to register for work in that state.

Instructions: Complete Items 1 through 7 (Please Print Items 1 through 5)

**1. Your Name On Record**

| First | Middle | Last |
|---|---|---|

**2. Your New Name**

| First | Middle | Last |
|---|---|---|

**3. Social Security Number**

☐☐☐ — ☐☐ — ☐☐☐☐

**4. Old Address**

Mailing Address

City                    County

State                   Zip Code

Telephone No.: (     )

**5. New Address**

Mailing Address

City                    County

State                   Zip Code

Telephone No.: (     )

**6. Signature**_____     **7. Date**_____

You may receive, review, and correct information TWC collects about you by contacting TWC Open Records at 1-866-274-0940.

BP200F  09/10/09

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 149346
AUSTIN TX 78714-9346

**PAYMENT REQUEST**
Date Mailed:      March 15, 2021

KIMBERLY A HARTMAN
12631 SUNNY WONDER
SAN ANTONIO TX 78253-5193
IlludlddudlllulluldlllulllllllllllllllllllI

All dates are shown in
month-day-year order.

**REGULAR  BENEFITS**
Social Security Number: XXX-XX-7665
MAIL THIS CLAIM FORM ON 06-01-20

| **IMPORTANT INFORMATION - PLEASE READ BEFORE COMPLETING FORM** |
|---|

Return the completed form to the TWC fax number below, or mail to the address in the upper-left corner. Answer all of the questions below. You must report the number of hours you worked and earnings before any deductions, such as taxes, are taken out. Report for the week you performed the work, not when the earnings were paid. Earnings include full-time, part-time or temporary work, contract labor, self-employment profits, or holiday pay (if you are on a temporary layoff). Cross out and initial any corrections.  Sign the form.  If you have questions, please call (800) 939-6631.

| A BENEFIT WEEK IS SEVEN CALENDAR DAYS BEGINNING ON SUNDAY AND ENDING ON SATURDAY. | 05-17-20 through 05-23-20 | | 05-24-20 through 05-30-20 | |
|---|---|---|---|---|
| 1.  Did you receive vacation or holiday pay from either a current job or a job from which you are on temporary layoff? | YES | NO | YES | NO |
| 2.  Did you work during the two-week claim period? | YES | NO | YES | NO |
| 3.  If you answered "YES" to either question 1 or 2, record your total gross earnings before deductions (NOT your net take-home pay) and answer questions 4 and 5. | $_____.00 | | $_____.00 | |
| 4.  If you worked, please report the number of hours worked. | Hrs._____ | | Hrs._____ | |
| 5.  If you worked or reported earnings, are you still working for this employer(s)? | YES | NO | YES | NO |
| 6.  Did you turn down any job offer or job referral during the claim period? | YES | NO | YES | NO |
| 7.  Were you able to work during the claim period? | YES | NO | YES | NO |
| 8.  During the claim period, were you available to start full-time work? | YES | NO | YES | NO |
| 8A. If you received Social Security Disability Insurance during the claim period, were you available to start part-time work? | YES | NO | YES | NO |
| 9.  Did you receive, or has there been a change in your receipt of income from any of the following sources? a. Retirement Pension    b. Disability Pension    c. Workers' Compensation d. Wages instead of advance notice of layoff or severance pay | YES | NO | YES | NO |
| 10. Did you attend school or training? | YES | NO | YES | NO |
| 10A. Did the school or training prevent you from accepting work? | YES | NO | YES | NO |
| 11. If you are not enrolled in school or training go directly to question 12.  If you are enrolled in school or training, have your days and hours changed since you last reported them? | YES | NO | YES | NO |
| 12. Please enter the total number of work search activities you did, enter 0 if you did not search for work. | Week 1 _____ | | Week 2 _____ | |
| 13. Are you a U.S. citizen? If not, are you legally authorized to work in the United States? | YES | | NO | |
| 14. I certify this is my Social Security number and I am the person named on this claim for unemployment benefits, and the information I gave for these claim periods is true and complete. | YES | | NO | |

Giving untrue information or withholding information on any unemployment claim may result in severe penalties including fines and/or imprisonment, and may also result in a loss of benefits. TWC routinely compares the amount of earnings you report on your payment request to the amount of earnings your employer reports having paid you. TWC also randomly verifies that you made the required number of valid work search activities.

**Signature** _____          **Date** _____

| Claim ID:        03-08-20 |
|---|
| Claim Date:     03-08-20 |
| TWC FAX No.:          (512) 322-2855 |
| HEARING-IMPAIRED CLIENTS Dial 711 for Relay Texas. |

BP200E   07/25/11

# CHANGE OF ADDRESS/NAME

| INSTRUCTIONS |
| --- |

To be eligible for unemployment benefits you must be registered to work. Update your work application when you move to another city within Texas by contacting your nearest Workforce Center or by using the Internet at www.texasworkforce.org.  if you move out of state, contact your nearest Workforce Center to register for work in that state.

Instructions: Complete Items 1 through 7 (Please Print Items 1 through 5)

**1. Your Name On Record**

| First | Middle | Last |
| --- | --- | --- |

**2. Your New Name**

| First | Middle | Last |
| --- | --- | --- |

**3. Social Security Number**

☐ ☐ ☐ — ☐ ☐ — ☐ ☐ ☐ ☐

**4. Old Address**

Mailing Address

City                          County

State                         Zip Code

Telephone No.: (       )

**5. New Address**

Mailing Address

City                          County

State                         Zip Code

Telephone No.: (       )

**6. Signature**_____

**7. Date**_____

You may receive, review, and correct information TWC collects about you by contacting TWC Open Records at 1-866-274-0940.

BP200F  09/10/09

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 149346
AUSTIN TX 78714-9346

**PAYMENT REQUEST**
Date Mailed:     March 15, 2021

KIMBERLY A HARTMAN
12631 SUNNY WONDER
SAN ANTONIO TX 78253-5193
IIıIIdıIIıIIıIIdıIIıIIdıIIıIIIIıIIIIdıIIıIIıIIdıIIdI

All dates are shown in
month-day-year order.

**REGULAR  BENEFITS**
Social Security Number: XXX-XX-7665
MAIL THIS CLAIM FORM ON 05-18-20

| IMPORTANT INFORMATION – PLEASE READ BEFORE COMPLETING FORM |
|---|

Return the completed form to the TWC fax number below, or mail to the address in the upper-left corner. Answer all of the questions below. You must report the number of hours you worked and earnings before any deductions, such as taxes, are taken out. Report for the week you performed the work, not when the earnings were paid. Earnings include full-time, part-time or temporary work, contract labor, self-employment profits, or holiday pay (if you are on a temporary layoff). Cross out and initial any corrections.  Sign the form.  If you have questions, please call (800) 939-6631.

| A BENEFIT WEEK IS SEVEN CALENDAR DAYS BEGINNING ON SUNDAY AND ENDING ON SATURDAY. | | 05-03-20 through 05-09-20 | | 05-10-20 through 05-16-20 | |
|---|---|---|---|---|---|
| 1. | Did you receive vacation or holiday pay from either a current job or a job from which you are on temporary layoff? | YES | NO | YES | NO |
| 2. | Did you work during the two-week claim period? | YES | NO | YES | NO |
| 3. | If you answered "YES" to either question 1 or 2, record your total gross earnings before deductions (NOT your net take-home pay) and answer questions 4 and 5. | $_____.00 | | $_____.00 | |
| 4. | If you worked, please report the number of hours worked. | Hrs._____ | | Hrs._____ | |
| 5. | If you worked or reported earnings, are you still working for this employer(s)? | YES | NO | YES | NO |
| 6. | Did you turn down any job offer or job referral during the claim period? | YES | NO | YES | NO |
| 7. | Were you able to work during the claim period? | YES | NO | YES | NO |
| 8. | During the claim period, were you available to start full-time work? | YES | NO | YES | NO |
| | 8A. If you received Social Security Disability Insurance during the claim period, were you available to start part-time work? | YES | NO | YES | NO |
| 9. | Did you receive, or has there been a change in your receipt of income from any of the following sources? a. Retirement Pension    b. Disability Pension    c. Workers' Compensation d. Wages instead of advance notice of layoff or severance pay | YES | NO | YES | NO |
| 10. | Did you attend school or training? | YES | NO | YES | NO |
| | 10A. Did the school or training prevent you from accepting work? | YES | NO | YES | NO |
| 11. | If you are not enrolled in school or training go directly to question 12.  If you are enrolled in school or training, have your days and hours changed since you last reported them? | YES | NO | YES | NO |
| 12. | Please enter the total number of work search activities you did, enter 0 if you did not search for work. | Week 1 _____ | | Week 2 _____ | |
| 13. | Are you a U.S. citizen? If not, are you legally authorized to work in the United States? | YES | | NO | |
| 14. | I certify this is my Social Security number and I am the person named on this claim for unemployment benefits, and the information I gave for these claim periods is true and complete. | YES | | NO | |

Giving untrue information or withholding information on any unemployment claim may result in severe penalties including fines and/or imprisonment, and may also result in a loss of benefits. TWC routinely compares the amount of earnings you report on your payment request to the amount of earnings your employer reports having paid you. TWC also randomly verifies that you made the required number of valid work search activities.

Signature _____       Date _____

| Claim ID:        03-08-20 |
|---|
| Claim Date:     03-08-20 |
| TWC FAX No.:    (512) 322-2855 |

HEARING-IMPAIRED CLIENTS
Dial 711 for Relay Texas.

BP200E   07/25/11

# CHANGE OF ADDRESS/NAME

| INSTRUCTIONS |
| --- |

To be eligible for unemployment benefits you must be registered to work. Update your work application when you move to another city within Texas by contacting your nearest Workforce Center or by using the Internet at www.texasworkforce.org.  if you move out of state, contact your nearest Workforce Center to register for work in that state.

Instructions: Complete Items 1 through 7 (Please Print Items 1 through 5)

**1. Your Name On Record**

First            Middle            Last

**2. Your New Name**

First            Middle            Last

**3. Social Security Number**

**4. Old Address**

Mailing Address

City                    County

State                   Zip Code

Telephone No.: (      )

**5. New Address**

Mailing Address

City                    County

State                   Zip Code

Telephone No.: (      )

**6. Signature**_____

**7. Date**_____

You may receive, review, and correct information TWC collects about you by contacting TWC Open Records at 1-866-274-0940.

BP200F  09/10/09

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 149346
AUSTIN TX 78714-9346

**PAYMENT REQUEST**
Date Mailed:   March 15, 2021

KIMBERLY A HARTMAN
12631 SUNNY WONDER
SAN ANTONIO TX 78253-5193
IIlludllIuIlulIlududuIlllIluIlluIuullIlIldl

All dates are shown in
month-day-year order.

**REGULAR  BENEFITS**
Social Security Number: XXX-XX-7665
MAIL THIS CLAIM FORM ON 05-04-20

| IMPORTANT INFORMATION - PLEASE READ BEFORE COMPLETING FORM |
|---|

Return the completed form to the TWC fax number below, or mail to the address in the upper-left corner. Answer all of the questions below. You must report the number of hours you worked and earnings before any deductions, such as taxes, are taken out. Report for the week you performed the work, not when the earnings were paid. Earnings include full-time, part-time or temporary work, contract labor, self-employment profits, or holiday pay (if you are on a temporary layoff). Cross out and initial any corrections.  Sign the form.  If you have questions, please call (800) 939-6631.

| A BENEFIT WEEK IS SEVEN CALENDAR DAYS BEGINNING ON SUNDAY AND ENDING ON SATURDAY. | 04-19-20 through 04-25-20 | | 04-26-20 through 05-02-20 | |
|---|---|---|---|---|
| 1. Did you receive vacation or holiday pay from either a current job or a job from which you are on temporary layoff? | YES | NO | YES | NO |
| 2. Did you work during the two-week claim period? | YES | NO | YES | NO |
| 3. If you answered "YES" to either question 1 or 2, record your total gross earnings before deductions (NOT your net take-home pay) and answer questions 4 and 5. | $_____.00 | | $_____.00 | |
| 4. If you worked, please report the number of hours worked. | Hrs._____ | | Hrs._____ | |
| 5. If you worked or reported earnings, are you still working for this employer(s)? | YES | NO | YES | NO |
| 6. Did you turn down any job offer or job referral during the claim period? | YES | NO | YES | NO |
| 7. Were you able to work during the claim period? | YES | NO | YES | NO |
| 8. During the claim period, were you available to start full-time work? | YES | NO | YES | NO |
| 8A. If you received Social Security Disability Insurance during the claim period, were you available to start part-time work? | YES | NO | YES | NO |
| 9. Did you receive, or has there been a change in your receipt of income from any of the following sources? a. Retirement Pension    b. Disability Pension    c. Workers' Compensation d. Wages instead of advance notice of layoff or severance pay | YES | NO | YES | NO |
| 10. Did you attend school or training? | YES | NO | YES | NO |
| 10A. Did the school or training prevent you from accepting work? | YES | NO | YES | NO |
| 11. If you are not enrolled in school or training go directly to question 12.  If you are enrolled in school or training, have your days and hours changed since you last reported them? | YES | NO | YES | NO |
| 12. Please enter the total number of work search activities you did, enter 0 if you did not search for work. | Week 1 _____ | | Week 2 _____ | |
| 13. Are you a U.S. citizen? If not, are you legally authorized to work in the United States? | YES | | NO | |
| 14. I certify this is my Social Security number and I am the person named on this claim for unemployment benefits, and the information I gave for these claim periods is true and complete. | YES | | NO | |

Giving untrue information or withholding information on any unemployment claim may result in severe penalties including fines and/or imprisonment, and may also result in a loss of benefits. TWC routinely compares the amount of earnings you report on your payment request to the amount of earnings your employer reports having paid you. TWC also randomly verifies that you made the required number of valid work search activities.

**Signature** _____          **Date** _____

| Claim ID: | 03-08-20 |
|---|---|
| Claim Date: | 03-08-20 |
| TWC FAX No.: | (512) 322-2855 |

HEARING-IMPAIRED CLIENTS
Dial 711 for Relay Texas.

BP200E   07/25/11

## CHANGE OF ADDRESS/NAME

| INSTRUCTIONS |
|---|

To be eligible for unemployment benefits you must be registered to work. Update your work application when you move to another city within Texas by contacting your nearest Workforce Center or by using the Internet at www.texasworkforce.org.  if you move out of state, contact your nearest Workforce Center to register for work in that state.

Instructions: Complete Items 1 through 7 (Please Print Items 1 through 5)

**1. Your Name On Record**

First   Middle   Last

**2. Your New Name**

First   Middle   Last

**3. Social Security Number**

**4. Old Address**

Mailing Address

City   County

State   Zip Code

Telephone No.: (          )

**5. New Address**

Mailing Address

City   County

State   Zip Code

Telephone No.: (          )

**6. Signature**_____

**7. Date**_____

You may receive, review, and correct information TWC collects about you by contacting TWC Open Records at 1-866-274-0940.

BP200F  09/10/09

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 149346
AUSTIN TX 78714-9346

**PAYMENT REQUEST**
Date Mailed:       March 15, 2021

KIMBERLY A HARTMAN
12631 SUNNY WONDER
SAN ANTONIO TX 78253-5193
IllludldladludlluulldudlmdudlludlldI

All dates are shown in
month-day-year order.

REGULAR BENEFITS
Social Security Number: XXX-XX-7665
MAIL THIS CLAIM FORM ON 04-20-20

| IMPORTANT INFORMATION - PLEASE READ BEFORE COMPLETING FORM |
|---|

Return the completed form to the TWC fax number below, or mail to the address in the upper-left corner. Answer all of the questions below. You must report the number of hours you worked and earnings before any deductions, such as taxes, are taken out. Report for the week you performed the work, not when the earnings were paid. Earnings include full-time, part-time or temporary work, contract labor, self-employment profits, or holiday pay (if you are on a temporary layoff). Cross out and initial any corrections.  Sign the form.  If you have questions, please call (800) 939-6631.

| A BENEFIT WEEK IS SEVEN CALENDAR DAYS BEGINNING ON SUNDAY AND ENDING ON SATURDAY. | 04-05-20 through 04-11-20 | 04-12-20 through 04-18-20 |
|---|---|---|
| 1. Did you receive vacation or holiday pay from either a current job or a job from which you are on temporary layoff? | YES    NO | YES    NO |
| 2. Did you work during the two-week claim period? | YES    NO | YES    NO |
| 3. If you answered "YES" to either question 1 or 2, record your total gross earnings before deductions (NOT your net take-home pay) and answer questions 4 and 5. | $_____.00 | $_____.00 |
| 4. If you worked, please report the number of hours worked. | Hrs._____ | Hrs._____ |
| 5. If you worked or reported earnings, are you still working for this employer(s)? | YES    NO | YES    NO |
| 6. Did you turn down any job offer or job referral during the claim period? | YES    NO | YES    NO |
| 7. Were you able to work during the claim period? | YES    NO | YES    NO |
| 8. During the claim period, were you available to start full-time work? | YES    NO | YES    NO |
| 8A. If you received Social Security Disability Insurance during the claim period, were you available to start part-time work? | YES    NO | YES    NO |
| 9. Did you receive, or has there been a change in your receipt of income from any of the following sources? a. Retirement Pension      b. Disability Pension      c. Workers' Compensation d. Wages instead of advance notice of layoff or severance pay | YES    NO | YES    NO |
| 10. Did you attend school or training? | YES    NO | YES    NO |
| 10A. Did the school or training prevent you from accepting work? | YES    NO | YES    NO |
| 11. If you are not enrolled in school or training go directly to question 12.  If you are enrolled in school or training, have your days and hours changed since you last reported them? | YES    NO | YES    NO |
| 12. Please enter the total number of work search activities you did, enter 0 if you did not search for work. | Week 1 _____ | Week 2 _____ |
| 13. Are you a U.S. citizen? If not, are you legally authorized to work in the United States? | YES | NO |
| 14. I certify this is my Social Security number and I am the person named on this claim for unemployment benefits, and the information I gave for these claim periods is true and complete. | YES | NO |

Giving untrue information or withholding information on any unemployment claim may result in severe penalties including fines and/or imprisonment, and may also result in a loss of benefits. TWC routinely compares the amount of earnings you report on your payment request to the amount of earnings your employer reports having paid you. TWC also randomly verifies that you made the required number of valid work search activities.

Signature _____       Date _____

| Claim ID:    03-08-20 |
|---|
| Claim Date:    03-08-20 |
| TWC FAX No.:    (512) 322-2855 |
| HEARING-IMPAIRED CLIENTS Dial 711 for Relay Texas. |

BP200E  07/25/11

## CHANGE OF ADDRESS/NAME

| INSTRUCTIONS |
|---|

To be eligible for unemployment benefits you must be registered to work. Update your work application when you move to another city within Texas by contacting your nearest Workforce Center or by using the Internet at www.texasworkforce.org.  if you move out of state, contact your nearest Workforce Center to register for work in that state.

Instructions: Complete Items 1 through 7 (Please Print Items 1 through 5)

**1. Your Name On Record**

| First | Middle | Last |
|---|---|---|

**2. Your New Name**

| First | Middle | Last |
|---|---|---|

**3. Social Security Number**

**4. Old Address**

Mailing Address

City                          County

State                          Zip Code

Telephone No.: (      )

**5. New Address**

Mailing Address

City                          County

State                          Zip Code

Telephone No.: (      )

**6. Signature**_____  **7. Date**_____

You may receive, review, and correct information TWC collects about you by contacting TWC Open Records at 1-866-274-0940.

BP200F  09/10/09

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 149346
AUSTIN TX 78714-9346

**PAYMENT REQUEST**
Date Mailed:     March 15, 2021

KIMBERLY A HARTMAN
12631 SUNNY WONDER
SAN ANTONIO TX 78253-5193

All dates are shown in
month-day-year order.

**REGULAR BENEFITS**
Social Security Number: XXX-XX-7665
MAIL THIS CLAIM FORM ON 04-06-20

| IMPORTANT INFORMATION - PLEASE READ BEFORE COMPLETING FORM |
|---|

Return the completed form to the TWC fax number below, or mail to the address in the upper-left corner. Answer all of the questions below. You must report the number of hours you worked and earnings before any deductions, such as taxes, are taken out. Report for the week you performed the work, not when the earnings were paid. Earnings include full-time, part-time or temporary work, contract labor, self-employment profits, or holiday pay (if you are on a temporary layoff). Cross out and initial any corrections.  Sign the form.  If you have questions, please call (800) 939-6631.

| A BENEFIT WEEK IS SEVEN CALENDAR DAYS BEGINNING ON SUNDAY AND ENDING ON SATURDAY. | 03-22-20 through 03-28-20 | 03-29-20 through 04-04-20 |
|---|---|---|
| 1.  Did you receive vacation or holiday pay from either a current job or a job from which you are on temporary layoff? | YES    NO | YES    NO |
| 2.  Did you work during the two-week claim period? | YES    NO | YES    NO |
| 3.  If you answered "YES" to either question 1 or 2, record your total gross earnings before deductions (NOT your net take-home pay) and answer questions 4 and 5. | $_____.00 | $_____.00 |
| 4.  If you worked, please report the number of hours worked. | Hrs._____ | Hrs._____ |
| 5.  If you worked or reported earnings, are you still working for this employer(s)? | YES    NO | YES    NO |
| 6.  Did you turn down any job offer or job referral during the claim period? | YES    NO | YES    NO |
| 7.  Were you able to work during the claim period? | YES    NO | YES    NO |
| 8.  During the claim period, were you available to start full-time work? | YES    NO | YES    NO |
| 8A. If you received Social Security Disability Insurance during the claim period, were you available to start part-time work? | YES    NO | YES    NO |
| 9.  Did you receive, or has there been a change in your receipt of income from any of the following sources? a. Retirement Pension      b. Disability Pension      c. Workers' Compensation d. Wages instead of advance notice of layoff or severance pay | YES    NO | YES    NO |
| 10. Did you attend school or training? | YES    NO | YES    NO |
| 10A. Did the school or training prevent you from accepting work? | YES    NO | YES    NO |
| 11. If you are not enrolled in school or training go directly to question 12.  If you are enrolled in school or training, have your days and hours changed since you last reported them? | YES    NO | YES    NO |
| 12. Please enter the total number of work search activities you did, enter 0 if you did not search for work. | Week 1 _____ | Week 2 _____ |
| 13. Are you a U.S. citizen? If not, are you legally authorized to work in the United States? | YES | NO |
| 14. I certify this is my Social Security number and I am the person named on this claim for unemployment benefits, and the information I gave for these claim periods is true and complete. | YES | NO |

Giving untrue information or withholding information on any unemployment claim may result in severe penalties including fines and/or imprisonment, and may also result in a loss of benefits. TWC routinely compares the amount of earnings you report on your payment request to the amount of earnings your employer reports having paid you. TWC also randomly verifies that you made the required number of valid work search activities.

Signature _____          Date _____

| Claim ID:      03-08-20 |
|---|
| Claim Date:    03-08-20 |
| TWC FAX No.:        (512) 322-2855 |

HEARING-IMPAIRED CLIENTS
Dial 711 for Relay Texas.

BP200E   07/25/11

## CHANGE OF ADDRESS/NAME

| INSTRUCTIONS |
|---|

To be eligible for unemployment benefits you must be registered to work. Update your work application when you move to another city within Texas by contacting your nearest Workforce Center or by using the Internet at www.texasworkforce.org.  if you move out of state, contact your nearest Workforce Center to register for work in that state.

Instructions: Complete Items 1 through 7 (Please Print Items 1 through 5)

**1. Your Name On Record**

| First | Middle | Last |
|---|---|---|

**2. Your New Name**

| First | Middle | Last |
|---|---|---|

**3. Social Security Number**

☐☐☐ — ☐☐ — ☐☐☐☐

**4. Old Address**

Mailing Address

City                    County

State                    Zip Code

Telephone No.: (      )

**5. New Address**

Mailing Address

City                    County

State                    Zip Code

Telephone No.: (      )

**6. Signature**_____   **7. Date**_____

You may receive, review, and correct information TWC collects about you by contacting TWC Open Records at 1-866-274-0940.

BP200F  09/10/09

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 149346
AUSTIN TX 78714-9346

**PAYMENT REQUEST**
Date Mailed:     March 15, 2021

KIMBERLY A HARTMAN
12631 SUNNY WONDER
SAN ANTONIO TX 78253-5193

All dates are shown in
month-day-year order.

**REGULAR BENEFITS**
Social Security Number: XXX-XX-7665
MAIL THIS CLAIM FORM ON 03-23-20

| IMPORTANT INFORMATION - PLEASE READ BEFORE COMPLETING FORM |
|---|

Return the completed form to the TWC fax number below, or mail to the address in the upper-left corner. Answer all of the questions below. You must report the number of hours you worked and earnings before any deductions, such as taxes, are taken out. Report for the week you performed the work, not when the earnings were paid. Earnings include full-time, part-time or temporary work, contract labor, self-employment profits, or holiday pay (if you are on a temporary layoff). Cross out and initial any corrections.  Sign the form.  If you have questions, please call (800) 939-6631.

| A BENEFIT WEEK IS SEVEN CALENDAR DAYS BEGINNING ON SUNDAY AND ENDING ON SATURDAY. | 03-08-20 through 03-14-20 | 03-15-20 through 03-21-20 |
|---|---|---|
| 1. Did you receive vacation or holiday pay from either a current job or a job from which you are on temporary layoff? | YES    NO | YES    NO |
| 2. Did you work during the two-week claim period? | YES    NO | YES    NO |
| 3. If you answered "YES" to either question 1 or 2, record your total gross earnings before deductions (NOT your net take-home pay) and answer questions 4 and 5. | $_____.00 | $_____.00 |
| 4. If you worked, please report the number of hours worked. | Hrs._____ | Hrs._____ |
| 5. If you worked or reported earnings, are you still working for this employer(s)? | YES    NO | YES    NO |
| 6. Did you turn down any job offer or job referral during the claim period? | YES    NO | YES    NO |
| 7. Were you able to work during the claim period? | YES    NO | YES    NO |
| 8. During the claim period, were you available to start full-time work? | YES    NO | YES    NO |
| 8A. If you received Social Security Disability Insurance during the claim period, were you available to start part-time work? | YES    NO | YES    NO |
| 9. Did you receive, or has there been a change in your receipt of income from any of the following sources? a. Retirement Pension    b. Disability Pension    c. Workers' Compensation d. Wages instead of advance notice of layoff or severance pay | YES    NO | YES    NO |
| 10. Did you attend school or training? | YES    NO | YES    NO |
| 10A. Did the school or training prevent you from accepting work? | YES    NO | YES    NO |
| 11. If you are not enrolled in school or training go directly to question 12.  If you are enrolled in school or training, have your days and hours changed since you last reported them? | YES    NO | YES    NO |
| 12. Please enter the total number of work search activities you did, enter 0 if you did not search for work. | Week 1 _____ | Week 2 _____ |
| 13. Are you a U.S. citizen? If not, are you legally authorized to work in the United States? | YES | NO |
| 14. I certify this is my Social Security number and I am the person named on this claim for unemployment benefits, and the information I gave for these claim periods is true and complete. | YES | NO |

Giving untrue information or withholding information on any unemployment claim may result in severe penalties including fines and/or imprisonment, and may also result in a loss of benefits. TWC routinely compares the amount of earnings you report on your payment request to the amount of earnings your employer reports having paid you. TWC also randomly verifies that you made the required number of valid work search activities.

Signature _____     Date _____

| Claim ID:    03-08-20 |
|---|
| Claim Date:    03-08-20 |
| TWC FAX No.:    (512) 322-2855 |

HEARING-IMPAIRED CLIENTS
Dial 711 for Relay Texas.

BP200E   07/25/11

## CHANGE OF ADDRESS/NAME

| INSTRUCTIONS |
|---|

To be eligible for unemployment benefits you must be registered to work. Update your work application when you move to another city within Texas by contacting your nearest Workforce Center or by using the Internet at www.texasworkforce.org. if you move out of state, contact your nearest Workforce Center to register for work in that state.

Instructions: Complete Items 1 through 7 (Please Print Items 1 through 5)

**1. Your Name On Record**

| First | Middle | Last |
|---|---|---|

**2. Your New Name**

| First | Middle | Last |
|---|---|---|

**3. Social Security Number**

☐☐☐ — ☐☐ — ☐☐☐☐

**4. Old Address**

Mailing Address

City                     County

State                    Zip Code

Telephone No.: (      )

**5. New Address**

Mailing Address

City                     County

State                    Zip Code

Telephone No.: (      )

**6. Signature**_____   **7. Date**_____

You may receive, review, and correct information TWC collects about you by contacting TWC Open Records at 1-866-274-0940.

BP200F  09/10/09

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 149346
AUSTIN TX 78714-9346

**PAYMENT REQUEST**
Date Mailed:       March 15, 2021

KIMBERLY A HARTMAN
12631 SUNNY WONDER
SAN ANTONIO TX 78253-5193

IllllIllllIllllIllllIllllIllllIllllIllllIllllIllllIllll

All dates are shown in
month-day-year order.

**REGULAR  BENEFITS**
Social Security Number: XXX-XX-7665
MAIL THIS CLAIM FORM ON 06-15-20

| **IMPORTANT INFORMATION - PLEASE READ BEFORE COMPLETING FORM** |
|---|

Return the completed form to the TWC fax number below, or mail to the address in the upper-left corner. Answer all of the questions below. You must report the number of hours you worked and earnings before any deductions, such as taxes, are taken out. Report for the week you performed the work, not when the earnings were paid. Earnings include full-time, part-time or temporary work, contract labor, self-employment profits, or holiday pay (if you are on a temporary layoff). Cross out and initial any corrections.  Sign the form.  If you have questions, please call (800) 939-6631.

| **A BENEFIT WEEK IS SEVEN CALENDAR DAYS BEGINNING ON SUNDAY AND ENDING ON SATURDAY.** | 05-31-20 through 06-06-20 | | 06-07-20 through 06-13-20 | |
|---|---|---|---|---|
| 1. Did you receive vacation or holiday pay from either a current job or a job from which you are on temporary layoff? | YES | NO | YES | NO |
| 2. Did you work during the two-week claim period? | YES | NO | YES | NO |
| 3. If you answered "YES" to either question 1 or 2, record your total gross earnings before deductions (NOT your net take-home pay) and answer questions 4 and 5. | $_____.00 | | $_____.00 | |
| 4. If you worked, please report the number of hours worked. | Hrs._____ | | Hrs._____ | |
| 5. If you worked or reported earnings, are you still working for this employer(s)? | YES | NO | YES | NO |
| 6. Did you turn down any job offer or job referral during the claim period? | YES | NO | YES | NO |
| 7. Were you able to work during the claim period? | YES | NO | YES | NO |
| 8. During the claim period, were you available to start full-time work? | YES | NO | YES | NO |
| 8A. If you received Social Security Disability Insurance during the claim period, were you available to start part-time work? | YES | NO | YES | NO |
| 9. Did you receive, or has there been a change in your receipt of income from any of the following sources? a. Retirement Pension      b. Disability Pension      c. Workers' Compensation d. Wages instead of advance notice of layoff or severance pay | YES | NO | YES | NO |
| 10. Did you attend school or training? | YES | NO | YES | NO |
| 10A. Did the school or training prevent you from accepting work? | YES | NO | YES | NO |
| 11. If you are not enrolled in school or training go directly to question 12.  If you are enrolled in school or training, have your days and hours changed since you last reported them? | YES | NO | YES | NO |
| 12. Please enter the total number of work search activities you did, enter 0 if you did not search for work. | Week 1 _____ | | Week 2 _____ | |
| 13. Are you a U.S. citizen? If not, are you legally authorized to work in the United States? | YES | | NO | |
| 14. I certify this is my Social Security number and I am the person named on this claim for unemployment benefits, and the information I gave for these claim periods is true and complete. | YES | | NO | |

Giving untrue information or withholding information on any unemployment claim may result in severe penalties including fines and/or imprisonment, and may also result in a loss of benefits. TWC routinely compares the amount of earnings you report on your payment request to the amount of earnings your employer reports having paid you. TWC also randomly verifies that you made the required number of valid work search activities.

**Signature** _____       **Date** _____

| Claim ID: | 03-08-20 |
|---|---|
| Claim Date: | 03-08-20 |
| TWC FAX No.: | (512) 322-2855 |

| HEARING-IMPAIRED CLIENTS Dial 711 for Relay Texas. |
|---|

BP200E   07/25/11

## CHANGE OF ADDRESS/NAME

| INSTRUCTIONS |
|---|

To be eligible for unemployment benefits you must be registered to work. Update your work application when you move to another city within Texas by contacting your nearest Workforce Center or by using the Internet at www.texasworkforce.org. if you move out of state, contact your nearest Workforce Center to register for work in that state.

Instructions: Complete Items 1 through 7 (Please Print Items 1 through 5)

**1. Your Name On Record**

| First | Middle | Last |
|---|---|---|

**2. Your New Name**

| First | Middle | Last |
|---|---|---|

**3. Social Security Number**

☐☐☐ — ☐☐ — ☐☐☐☐

**4. Old Address**

Mailing Address

City                        County

State                        Zip Code

Telephone No.: (        )

**5. New Address**

Mailing Address

City                        County

State                        Zip Code

Telephone No.: (        )

**6. Signature**_____     **7. Date**_____

You may receive, review, and correct information TWC collects about you by contacting TWC Open Records at 1-866-274-0940.

BP200F  09/10/09

**Exhibit C**





# Exhibit D

**Pandemic Emergency Unemployment Compensation Claim**
**Date Mailed:**

**All dates are shown in month-day-year order.**

Social Security Number:

| **Notice of Potential Pandemic Emergency Unemployment Compensation (PEUC)** |
| --- |

**If you are working full time, disregard this letter.** Under the Continued Assistance for Unemployed Workers Act of 2020, you may be eligible for Pandemic Emergency Unemployment Compensation (PEUC) benefits if you are still totally or partially unemployed. We will mail you a letter showing the PEUC benefits you could receive.

**To apply for benefits, please answer these questions and follow the instructions:**

1.   Have you worked in any state other than Texas during the last 18 months?
Circle one:   Yes   No   If you circled yes, list the state(s) _____
2.   Have you had a job separation (quit, fired, etc.) since your last payment from TWC?
Circle one:   Yes   No

If you answered "No" to both #1 and #2, call 1-866-274-1633. The automated system will ask you a series of questions. This number is available 24 hours a day, 7 days a week. If you answered "Yes" to #2, respond at https://apps.twc.state.tx.us/UBS/peuc/peucPublic.do or complete the next section and return it to TWC by using our upload portal at https://mft.twc.state.tx.us/form/UIsubmissionENG or by mail or fax. Note: Please use the upload portal. Mailing or faxing the form may delay your benefits.

| Employer name: | Telephone #: | |
| --- | --- | --- |
| Employer address: | | |
| Employer city: | State: | ZIP code: |
| Job title: | | |
| First day worked: | Last day worked: | |
| Reason for separation:   ☐ Permanent layoff   ☐ Fired   ☐ Quit   ☐ Reduced hours ☐ Temporary layoff.   If temporary layoff, what is your expected return-to-work date? | | |
| If you were fired or quit, briefly explain why you are no longer working: | | |

Mail to:          Texas Workforce Commission          Fax to: 512-936-3250
                  P.O. Box 149137
                  Austin, TX  78714-9137

Please make sure to update your address and contact information with TWC. Review your payment option and make sure that any bank account numbers have not changed. If you do not remember your PIN, User ID or password, contact TWC at peuc.accessissues@twc.state.tx.us

According to Section 1001 of Title 18 of the U.S. Code, if you falsify, conceal, or cover up a material fact; make any materially false, fictitious, or fraudulent statement or representation; or make or use any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, you could be fined up to $10,000 under this title or imprisoned up to 5 years, or both.

BS102E 01/12/21          Equal Opportunity Employer/Program. Auxiliary aids and services are available upon request to individuals with disabilities.
                         Hearing-impaired customers call 711 for Relay Texas



## Correspondence Inbox

21-30 of 102

Prev 1 2 3 4 5 6 7 8 9 10 11-11 Next

| Date Mailed | Document Name | Date Opened | Action | Action | Link |
|---|---|---|---|---|---|
| Jul 06, 2021 | Pell Grant Letter | | View PDF | View Accessible | |
| Jul 06, 2021 | Benefits Information Packet-Work Search | | View PDF | View Accessible | |
| Jan 15, 2021 | PEUC POTENTIALLY ELIGIBLE FOR PANDEMIC EMERGENCY UNEMPLOYMENT COMPENSATION FORM | ✕ | View PDF | View Accessible | |
| Jan 12, 2021 | 1099 Taxable Compensation Form | | View PDF | View Accessible | |
| Dec 01, 2020 | Statement of Account | | View PDF | View Accessible | |
| Nov 17, 2020 | Statement of Account | | View PDF | View Accessible | |
| Nov 03, 2020 | Work Search Notification | | View PDF | View Accessible | |
| Oct 09, 2020 | Unemployment Benefits Determination | Sep 21, 2021 | View PDF | View Accessible | Appeal |
| Oct 06, 2020 | Paper Documents Mailed | | View PDF | View Accessible | |
| Sep 09, 2020 | Statement of Benefits-EB | | View PDF | View Accessible | |

Prev 1 2 3 4 5 6 7 8 9 10 11-11 Next

# Exhibit E

UI Support & Customer Service
TEXAS WORKFORCE COMMISSION
101 E 15TH ST RM 570 MAIN
AUSTIN TX 78778-0001

## INFORMATION REQUEST
**Date Mailed:**  September  1, 2021

EVELYN CARRIERE
142 S HOUSTON ST
WHARTON TX 77488-5438

Social Security Number: XXX-XX-1575

**All dates are shown in
month-day-year order.**

| IMPORTANT |
|---|

**TWC will make a decision about your claim, based on available information.
PLEASE RESPOND AS SOON AS POSSIBLE** but no later than  09-09-21  .

* If you are claiming unemployment please Go to ID.me to verify
  your identity.
  https://hosted-pages.id.me/texas-twc-identity-proofing

* If you are not claiming unemployment benefits please report
  the fraudulent claim here:
  https://apps.twc.state.tx.us/UiFraudSubmission/uifs/uifraud

* You do not need to call. Go to ID.me to verify identity by the
  date listed below.

| INSTRUCTIONS |
|---|

Please Call:     BENEFIT P CONTROL 9

                 (512) 463-8322

**Please call as soon as possible but no later than**  3:00 PM  09-09-21  .

**PLEASE NOTE:** TWC could delay or deny payment of unemployment
benefits if you do not respond to this notice.

| | |
|---|---|
| Case No.: | 16 |
| Claim Id.: | 4485 |
| Claim Date: | 11-01-20 |
| TWC Office Fax No.: | (512) 936-4329 |
| Hearing - Impaired clients dial 711 for Relay Texas | |

BD600E 05/22/12

# Exhibit F

# Texas Workforce Commission

A Member of Texas Workforce Solutions

Bryan Daniel, Chairman
Commissioner Representing
the Public

Julian Alvarez
Commissioner Representing
Labor

Aaron S. Demerson
Commissioner Representing
Employers

Edward Serna
Executive Director

July 26, 2022

Ms. Kathryn Kawazoe
1006 Herndon Lane
Austin, TX  78704-5366

Re:  Request for Assistance

Dear Ms. Kawazoe:

Thank you for contacting the Texas Workforce Commission (TWC) about your
unemployment benefits claim and the overpayment that occurred therein.

Our records indicate the cases that caused the overpayment have been resolved, and
the overpayment balance is now $0.  You do not owe TWC a repayment.

Thank you for contacting TWC and allowing me to assist you.

Sincerely,

*Terri Warren*

Terri Warren
Director, Unemployment Insurance Administration and Operational Support, TWC

101 E. 15th Street · Austin, Texas 78778-0001 · Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) · www.texasworkforce.org
Equal Opportunity Employer / Program

TEXAS
WORKFORCE SOLUTIONS

# Exhibit F



## Correspondence Inbox

31-40 of 132

Prev 1 2 3 4 5 6 7 8 9 10 11-14 Next

| Date Mailed | Document Name | Date Opened | Action | Action | Link |
|---|---|---|---|---|---|
| Sep 03, 2021 | Information Request | Feb 11, 2023 | View PDF | View Accessible | |
| Sep 02, 2021 | Information Request | Feb 11, 2023 | View PDF | View Accessible | |
| Sep 01, 2021 | Information Request | Sep 01, 2021 | View PDF | View Accessible | |
| Aug 30, 2021 | Request for Proof of Federal Employment | Sep 01, 2021 | View PDF | View Accessible | |
| Aug 23, 2021 | Instructions: Requesting Benefit Payments | Aug 24, 2021 | View PDF | View Accessible | |
| Aug 23, 2021 | Work Search Log | | View PDF | View Accessible | |
| Aug 23, 2021 | Statement of Wages and Potential Benefit Amounts | | View PDF | View Accessible | |
| Aug 23, 2021 | Unemployment Benefits Handbook | | View PDF | View Accessible | Wage Help |
| Aug 23, 2021 | Work Search Notification | | View PDF | View Accessible | |
| Aug 23, 2021 | Pell Grant Letter | Sep 01, 2021 | View PDF | View Accessible | |

Prev 1 2 3 4 5 6 7 8 9 10 11-14 Next

**Exhibit G**

# Texas Workforce Commission

## A Member of Texas Workforce Solutions

**Bryan Daniel, Chairman**
Commissioner Representing
the Public

**Julian Alvarez**
Commissioner Representing
Labor

**Aaron S. Demerson**
Commissioner Representing
Employers

**Edward Serna**
Executive Director

August 26, 2022

Ms. Stephanie K. Stout
P.O. Box 971211
El Paso, TX  79997-1211

Re:  Request for Assistance

Dear Ms. Stout:

Thank you for contacting the Texas Workforce Commission (TWC) about your unemployment benefits claim and the overpayment that occurred therein.

Our records indicate the cases that caused the overpayment have been resolved, and the overpayment balance is now $0.  You do not owe TWC a repayment.

Thank you for contacting TWC and allowing me to assist you.

Sincerely,

Terri Warren

Terri Warren
Director, Unemployment Insurance Administration and Operational Support, TWC



101 E. 15th Street · Austin, Texas 78778-0001 · Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.texasworkforce.org
Equal Opportunity Employer / Program

**TEXAS**
**WORKFORCE SOLUTIONS**
★ ★ ★ ★

# Exhibit H

# Texas Workforce Commission

## A Member of Texas Workforce Solutions

Bryan Daniel, Chairman
Commissioner Representing
the Public

Julian Alvarez
Commissioner Representing
Labor

Aaron S. Demerson
Commissioner Representing
Employers

Edward Serna
Executive Director

August 15, 2022

Ms. Kimberly Hartman
12631 Sunny Wonder
San Antonio, TX  78253-5193

Re:  Request for Assistance

Dear Ms. Hartman:

Thank you for contacting the Texas Workforce Commission (TWC) about your unemployment benefits claim and the overpayment that occurred therein.

Our records indicate the cases that caused the overpayment have been resolved, and the overpayment balance is now $0.  You do not owe TWC a repayment.

Thank you for contacting TWC and allowing me to assist you.


Sincerely,

*Terri Warren*

Terri Warren
Director, Unemployment Insurance Administration and Operational Support, TWC



# Exhibit I

# Texas Workforce Commission

## A Member of Texas Workforce Solutions

Bryan Daniel, Chairman
Commissioner Representing
the Public

Julian Alvarez
Commissioner Representing
Labor

Aaron S. Demerson
Commissioner Representing
Employers

Edward Serna
Executive Director

July 26, 2022

Mr. Jesus Duarte
4937 Grapeland Drive
El Paso, TX  79924-1122

Re:  Request for Assistance

Dear Mr. Duarte:

Thank you for contacting the Texas Workforce Commission (TWC) about your unemployment benefits claim and the overpayment that occurred therein.

Our records indicate the cases that caused the overpayment have been resolved, and the overpayment balance is now $0.  You do not owe TWC a repayment.

Thank you for contacting TWC and allowing me to assist you.

Sincerely,

Terri Warren

Terri Warren
Director, Unemployment Insurance Administration and Operational Support, TWC



**Exhibit J**

# Texas Workforce Commission
## A Member of Texas Workforce Solutions

**Bryan Daniel, Chairman**
Commissioner Representing
the Public

**Julian Alvarez**
Commissioner Representing
Labor

**Aaron S. Demerson**
Commissioner Representing
Employers

**Edward Serna**
Executive Director

July 26, 2022

Ms. Evelyn Carriere
Apartment A
1217 Saint Mary Street
New Orleans, LA  70130-5125

Re:  Request for Assistance

Dear Ms. Carriere:

Thank you for contacting the Texas Workforce Commission (TWC) about your unemployment benefits claim and the overpayment that occurred therein.

Our records indicate the cases that caused the overpayment have been resolved, and the overpayment balance is now $0.  You do not owe TWC a repayment.

Additionally, TWC paid you $152.00 on July 21, 2022.

Thank you for contacting TWC and allowing me to assist you.

Sincerely,

Terri Warren

Terri Warren
Director, Unemployment Insurance Administration and Operational Support, TWC

101 E. 15th Street · Austin, Texas 78778-0001 · Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) · www.texasworkforce.org
Equal Opportunity Employer / Program

TEXAS
WORKFORCE SOLUTIONS