IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION FOR THE RIGHTS OF THE UNEMPLOYED, KATHRYN KAWAZOE, STEPHANIE STOUT, KIMBERLY HARTMAN, and CHARLES HARMON, JESUS DUARTE, <br><br> Plaintiffs, <br><br> vs. <br><br> EDWARD SERNA, Executive Director, Texas Workforce Commiss. in his official capacity, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § | No. 1:22-CV-417-DAE |

ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S SECOND
MOTION TO DISMISS AND MOOTING PLAINTIFFS' EMERGENCY
MOTION TO EXTEND RESPONSE DEADLINE

The matter before the Court are: (1) Defendant Edward Serna, Executive Director of the Texas Workforce Commission, in his official capacity's ("Defendant" or "Serna") Second Motion to Dismiss (Dkt. # 31); and (2) Plaintiffs Opposed Emergency Motion to Extend Deadline to Respond to Defendant's Motion to Dismiss (Dkt. # 32). Because the Court has yet to rule on Defendant's First Amended Motion for Partial Dismissal (Dkt. # 13), the Court will **DENY WITHOUT PREJUDICE** Defendant's Second Motion to Dismiss (Dkt. # 31). Defendant may refile the motion after the Court rules on the first motion to

dismiss, and after conferring with Plaintiffs as to whether a limited amount of discovery should occur prior to filing the motion. Plaintiff's Emergency Motion to Extend Response Deadline (Dkt. # 32) is therefore **DENIED AS MOOT**.

    **IT IS SO ORDERED**.

    **DATED**: Austin, Texas, February 22, 2023.

    _____
    David Alan Ezra
    Senior United States District Judge