IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Texas Association for the Rights of the Unemployed, Kathryn Kawazoe, Stephanie Stout, Kimberly Hartman, Charles Harmon, and Jesus Duarte, | § § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 1:22-cv-00417 |
| v. | § § § | |
| Ed Serna, Executive Director, Texas Workforce Commission, in his official capacity | § § § § § | |
| *Defendant*. | § § | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S OPPOSED EMERGENCY MOTION TO STAY DISCOVERY, TO QUASH 30(b)(6) NOTICE, AND FOR PROTECTIVE ORDERS**

Having reviewed and considered the papers submitted by the parties with respect to Defendant's Motion to Stay Discovery, Motion to Quash, and Motion for Protective Order, filed on March 29, 2023, ("Motion"), and finding good cause therefor, IT IS ORDERED THAT:

1. The Motion is GRANTED;

2. Discovery is stayed pending the Court's ruling on Defendant's Motion to Dismiss;

3. Plaintiffs' 30(b)(6) notice is quashed; and

4. A protective order is entered against Plaintiffs' Second Requests for Production, Plaintiffs' Notice of Deposition, and supplementation of previous responses to Plaintiffs' First Requests for Production.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: _____

                                   _____
                                   **HON. DAVID A. EZRA**
                                   **SENIOR U.S. DISTRICT JUDGE**