IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Texas Association for the Rights of the Unemployed et al., | § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | 1:22-cv-00417-DAE |
| Ed Serna, Executive Director, Texas Workforce Commission, in his official capacity, | § § § § | |
| *Defendant.* | | |

## ORDER

Before the Court is DEFENDANT'S OPPOSED EMERGENCY MOTION TO STAY DISCOVERY, TO QUASH PLAINTIFFS' 30(b)(6) NOTICE, AND FOR PROTECTIVE ORDERS, Dkt. No. 37. The motion is referred for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

**IT IS ORDERED** that the motion is set for a hearing on **May 19, 2023 at 2:00 pm** in Courtroom 3 of the United States Courthouse, 501 West Fifth Street, Austin, TX. The parties should be prepared to discuss at the hearing the motion as well as their efforts to resolve the disputes that gave rise to it.

**IT IS FURTHER ORDERED** that the parties shall **meaningfully confer** either in-person or via phone about the issues raised in the motions, and they shall then **jointly file an advisory by 5pm on May 17, 2023**. The advisory should

discuss the parties' conference, identify any remaining disputed issues that will require resolution by the Court at the hearing, and set forth briefly the parties' respective positions on each remaining issues. If the parties are able to resolve their disputes prior to the hearing, they should so inform the Court in their joint advisory and the hearing will be cancelled.

**SIGNED** April 10, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE