IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION FOR THE RIGHTS OF THE UNEMPLOYED, KATHRYN KAWAZOE, STEPHANIE STOUT, KIMBERLY HARTMAN, CHARLES HARMON, and JESUS DUARTE, | § § § § § § § § | No. 1:22-CV-417-DAE |
| Plaintiffs, | § § | |
| vs. | § § | |
| EDWARD SERNA, Executive Director, Texas Workforce Commission, in his official capacity, | § § § § § | |
| Defendant. | § | |

ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S OVERLAPPING MOTIONS TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS

The matters before the Court are Defendant Edward Serna, Executive Director of the Texas Workforce Commission, in his official capacity's ("Defendant" or "Serna") three pending dispositive motions: (1) a Second Motion to Dismiss (Dkt. # 36); (2) a Third Motion to Dismiss (Dkt. # 50), and (3) a Motion for Judgment on the Pleadings (Dkt. # 51). The motions to dismiss are overlapping and—combined with the motion for judgment on the pleadings—have cluttered this Court's docket and made it difficult to fully dispose of each motion. Therefore, the Court will **DENY WITHOUT PREJUDICE** each of Defendant's

pending motions (Dkts. ## 36, 50, 52) **WITH LEAVE TO FILE** a motion with all of Defendant's consolidated arguments. Plaintiffs may file a response to that motion pursuant to the Local Rules governing response times. Should he choose, Defendant may file a reply within seven days of Plaintiff's response.

    **IT IS SO ORDERED**.

    **DATED**: Austin, Texas, June 27, 2023.

_____
David Alan Ezra
Senior United States District Judge