# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Texas Association for the Rights of the Unemployed, Kathryn Kawazoe, Stephanie Stout, Kimberly Hartman, Charles Harmon, and Jesus Duarte, | § § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 1:22-cv-00417 |
| v. | § § § | |
| Ed Serna, Executive Director, Texas Workforce Commission, in his official capacity | § § § § § | |
| *Defendant.* | § | |

## [PROPOSED] ORDER GRANTING DEFENDANT'S OPPOSED MOTION FOR PROTECTIVE ORDER

Having reviewed and considered the papers submitted by the parties with respect to Defendant's Opposed Motion for Protective Order, filed on June 28, 2023, ("Motion"), and finding good cause therefor, IT IS ORDERED THAT:

1. The Motion is GRANTED;

2. A protective order is entered in this case against further discovery by Plaintiffs until further order from the Court.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: _____

_____
**HON. DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE**