# Exhibit 10

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Texas Association for the Rights of the Unemployed, Kathryn Kawazoe, Stephanie Stout, Kimberly Hartman, Charles Harmon, and Jesus Duarte,<br><br>*Plaintiffs*,<br><br>v.<br><br>Ed Serna, Executive Director, Texas Workforce Commission, in his official capacity<br><br>*Defendant*. | § § § § § § § § § § § § § § § | Civil Action No. 1:22-cv-00417 |

## [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL AND FOR DISCOVERY SANCTIONS

Having reviewed and considered the papers submitted by the parties with respect to Plaintiffs' Motion to Compel and for Discovery Sanctions, filed on July 6, 2023, ("Motion"), and finding good cause therefor, IT IS ORDERED THAT:

1. The Motion is DENIED;

2. A protective order is entered in this case against further discovery by Plaintiffs until further order from the Court.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: _____

_____
**HON. DAVID A. EZRA**
**SENIOR U.S. DISTRICT JUDGE**