**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| Texas Association for the Rights of the Unemployed, Kathryn Kawazoe, Stephanie Stout, Kimberly Hartman, Charles Harmon, and Jesus Duarte, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:22-cv-00417 |
| v. | § § | |
| Ed Serna, Executive Director, Texas Workforce Commission, in his official capacity, | § § § § | |
| Defendant. | § § § § | |

**<u>PARTIES' ADVISORY TO THE COURT</u>**

Pursuant to the Court's order of March 13th regarding Plaintiffs' pending Motion to Compel, Dkt. No. 88, the parties jointly advise the Court of the following:

1. The parties conferred via remote teleconference on April 18th, and via e-mail, regarding the issues presented in Plaintiffs' Motion to Compel. Defendant has produced additional data.

2. With regard to the discrepancies between the total amount of overpayments between RFPs 31p and 57j-o, Defendant has produced supplemental data for RFP 31p that resolves the discrepancy. The parties have no further disputes on this issue.

3. Regarding the differences in ID verification rates between RFPs 31f and 57a-b, Defendant has represented that the initial data for RFP 31f included "pseudo SSNs" which are used in cases with confirmed fraud findings, whereas the responses for RFPs 57a and 57b did not include these pseudo SSNs. Defendant has produced supplemental

*Parties' Joint Advisory to the Court*

data for RFP 31f which does not include pseudo SSNs. The parties have no further

disputes on this issue.

4.  The parties jointly propose that the dispositive motions deadline be reset for May 31st.

5.  The parties have now resolved all disputes raised in Plaintiffs' Motion to Compel and to

Extend the Dispositive Motions Deadline. This Motion is moot, and the hearing currently

scheduled for April 25th, may be canceled.

Respectfully submitted,
**TEXAS RIOGRANDE LEGAL AID, INC.**

*/s/ David Mauch*
David Mauch
Texas Bar No. 24086837
121 S. Main St., Ste. 100
Victoria, TX 77901
Phone: (361)237-1681
Fax: (361)576-1633
dmauch@trla.org

Douglas L. Stevick
Texas Bar No. 00797498
301 S. Texas Ave.
Mercedes, TX 78570
Phone: (956) 982-5557
Fax: (956) 835-7035
dstevick@trla.org

Melissa A. Jacobs
Texas Bar No. 24046144
4920 N IH 35
Austin, Texas 78751
Phone/Fax: (512) 374-2789
mjacobs@trla.org

E. Sidonia Mitchell
Texas Bar No. 24125331
301 S. Texas Ave.
Mercedes, TX 78570
Telephone: (956) 447-4800
Fax: (956) 825-7035
Email: smitchell@trla.org

*electronically signed with permission

**ATTORNEYS FOR PLAINTIFFS**

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/Joseph D. Keeney*
JOSEPH D. KEENEY
Assistant Attorney General
State Bar Number 24092616
Tax Litigation Division MC 029
PO Box 12548
Austin, TX 78711-2548
Telephone: (512) 463-8897
Facsimile: (512) 478-4013
Joseph.Keeney@oag.texas.gov

**ATTORNEYS FOR DEFENDANT ED SERNA**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via CM/ECF, on this the ***22nd day of April 2024***, upon the following:

Dave Mauch
Texas Rio Grande Legal Aid
121 S. Main St
Suite 100
Victoria, TX 77901 6
361-237-1681
Fax: 361-576-1733
dmauch@trla.org

Melissa Anne Jacobs
Texas Rio Grande Legal Aid, Inc
4920 N IH 35
Austin, TX 78751
512-374-2789
Fax: 512-447-3940
mjacobs@trla.org

Douglas L. Stevick
Texas Rio Grande Legal Aid, Inc.
5439 Lindenwood Ave.
St. Louis, MO 63109
956-582-5557
Fax: 956-825-7035
dstevick@trla.org

Erin Sidonia Mitchell
Texas Rio Grande Legal Aid, Inc.
300 S. Texas Blvd
Weslaco, TX 78596
956-447-4800
956-825-7035
smitchell@trla.org

*s/ Joseph D. Keeney*
JOSEPH D. KEENEY
Assistant Attorney General